In the Matter of COUNCIL OF THE CITY OF NEW YORK, Respondent, v DEPARTMENT OF HOMELESS SERVICES OF THE CITY OF NEW YORK et al., Appellants.

Submitted August 5, 2013; decided August 22, 2013

Motion by Coalition for the Homeless et al. for leave to appear amici curiae on the appeal herein denied.

Chief Judge LIPPMAN and Judge ABDUS-SALAAM taking no part.

ANN C. CUNNINGHAM, Respondent, v JULIA M. BALDARI, Appellant, et al., Defendants. (And a Third-Party Action.) (And Another Action.)

Submitted May 28, 2013; decided August 22, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 862 (2013)].

Judge ABDUS-SALAAM taking no part.

MEADOWBROOK FARMS HOMEOWNERS ASSOCIATION, INC., Respondent, v JZG RESOURCES, INC., Appellant.

Submitted May 28, 2013; decided August 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.